IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00073-WYD-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  GREGORY BRYAN ALBRIGHT,

       Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Gregory Bryan Albright before a United States Magistrate sitting in Denver, Colorado, forthwith, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Dated:  March 23, 2006

                                   BY THE COURT:

                                   s/ Wiley Y. Daniel
                                   Wiley Y. Daniel
                                   U. S. District Judge