IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Wiley Y. Daniel**

Criminal Case No. 06-cr-00073-WYD-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GREGORY BRYAN ALBRIGHT,

      Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, June 6, 2006**, and responses to these motions shall be filed by **Friday, June 16, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **June 28, 2006, at 4:00 p.m.**  It is

FURTHER ORDERED that a three-day jury trial is set to commence **Wednesday, July 5, 2006, at 9:00 a.m.**

Dated:  May 11, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge