IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Wiley Y. Daniel**

Criminal Case No. 06-cr-00073-WYD-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  GREGORY BRYAN ALBRIGHT,

      Defendant.

---

**ORDER**

---

      This matter is before the Court on Defendant's Motion to Continue Trial Due to Ends of Justice, Vacate Current Final Pretrial Conference and Trial Date (filed June 27, 2006).  The motion seeks to continue the hearing on pending motions/final trial preparation conference set June 28, 2006, at 4:00 p.m. and the three-day jury trial set to commence July 5, 2006.  Defendant indicates in the motion that the Government does not oppose such a continuance.

      The Court, having reviewed the motion and being fully advised in the premises, hereby **GRANTS** Defendant's motion pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). I find that the failure to grant a continuance in this case which I do not find to be complex at this time would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, pursuant to 18 U.S.C. §  3161(h)(8)(B)(iv).  Specifically, defense counsel has indicated that she needs additional time to prepare for trial to represent Defendant

competently and effectively.  I further find that the ends of justice served by a continuance outweigh the best interest of the public and Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Accordingly, it is

ORDERED that Defendant's Motion to Continue Trial Due to Ends of Justice, Vacate Current Final Pretrial Conference and Trial Date (filed June 27, 2006) is **GRANTED** pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  It is

FURTHER ORDERED that the hearing on pending motions/final trial preparation conference set Wednesday, June 28, 2006, at 4:00 p.m. and the three-day jury trial set to commence Wednesday, July 5, 2006, at 9:00 a.m. are **VACATED**.   It is

FURTHER ORDERED that the Speedy Trial Act deadlines are extended for a period of **seventy (70) days** pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  Finally, it is

ORDERED that on or before **Monday, July 10, 2006**, counsel shall jointly contact the Court to set a new trial date and final trial preparation conference.

Dated:  June 27, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge