# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

GREGORY BRYAN ALBRIGHT

**JUDGMENT IN A CRIMINAL CASE**
**(For Revocation of Supervised Release)**

Case Number: 1:06-cr-00073-WYD-1

USM Number: 34204-013
Scott Thomas Varholak
(Defendant's Attorney)

**THE DEFENDANT:** Admitted guilt to violations 1, 2, 3, 5 and 6, as alleged in the probation officer's petition, and was found guilty of violation 7 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 05/18/2013 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The defendant has not committed violation 4 and is discharged as to such violation.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

March 8, 2016
Date of Imposition of Judgment

Signature of Judge

Wiley Y. Daniel, U.S. District Judge
Name & Title of Judge

March 15, 2016
Date

DEFENDANT:  GREGORY BRYAN ALBRIGHT
CASE NUMBER:1:06-cr-00073-WYD-1                                                          Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Violation of the Law | 10/17/2013 |
| 3 | Violation of the Law | 08/23/2013 |
| 5 | Use of Alcohol | 05/18/2013 |
| 6 | Use of Alcohol | 10/17/2013 |
| 7 | Use of Alcohol | 11/15/2015 |

DEFENDANT:  GREGORY BRYAN ALBRIGHT
CASE NUMBER:1:06-cr-00073-WYD-1                                                                Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 11 months.

The court recommends that the Bureau of Prisons credit defendant for four (4) days spent in custody.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before noon within fifteen days of the date of designation.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal